UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DON RAWHOUSER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON ENDO-SURGERY, INC.,<br><br>        Defendants. | Case No. 2:13-CV-01196-MCE-CKD<br><br>**ORDER DIMISSING ACTION WITH PREJUDICE** |

Based on the stipulation filed by all parties to this action, IT IS HEREBY ORDERED that this action is DISMISSED IN ITS ENTIRETY with prejudice, with each side to bear its own costs and attorney fees.

**IT IS SO ORDERED.**

**Dated: August 12, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

[ORDER DISMISSING ACTION]  CASE NO. 2:13-CV-01196-MCE-CKD